UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEBRA J. JACOBSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 08-CV-4666 (PJS/JJG)

ORDER ADOPTING REPORT AND
RECOMMENDATION

Stephen J. Beseres, BESERES LAW OFFICE, for plaintiff.

Lonnie F. Bryan, UNITED STATES ATTORNEY'S OFFICE, for defendant.

This matter is before the Court on plaintiff Debra J. Jacobson's objection to the July 21, 2009 Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham. The Court has reviewed de novo those portions of the R&R to which Jacobson has objected, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The Court overrules Jacobson's objection and adopts Judge Graham's thorough and well-reasoned R&R.

ORDER

Based on the foregoing and on all of the files, records, and proceedings herein, the Court OVERRULES Jacobson's objection [Docket No. 43] and ADOPTS Judge Graham's Report and Recommendation [Docket No. 42]. Accordingly, IT IS HEREBY ORDERED THAT:

1.     The motion of plaintiff Debra J. Jacobson for summary judgment [Docket No. 35] is DENIED.

2.     The motion of defendant Commissioner of Social Security for summary judgment [Docket No. 39] is GRANTED.

3. This action is DISMISSED WITH PREJUDICE AND ON THE MERITS.

Dated: September 18, 2009       s/Patrick J. Schiltz
                                Patrick J. Schiltz
                                United States District Judge